NO. 07-05-0412-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

AUGUST 9, 2006

_____

LAURA JOHNSON WALKER, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE 396TH DISTRICT COURT OF TARRANT COUNTY;

NO. 0916867D; HONORABLE GEORGE GALLAGHER, JUDGE

_____

**MEMORANDUM OPINION**

Appellant was indicted in a three count indictment alleging murder, aggravated kidnaping and aggravated robbery. The indictment contained an enhancement paragraph alleging one prior felony conviction. Appellant pleaded guilty without a plea bargain and was sentenced to 35 years confinement in the Institutional Division of the Texas Department of Corrections. We affirm.

Appellant's attorney has filed an Anders brief and a motion to withdraw. Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed. 2d 498 (1967). In support of his motion

to withdraw, counsel certifies he has diligently reviewed the record, and in his opinion, the record reflects no reversible error upon which an appeal can be predicated. Id. at 744-45. In compliance with High v. State, 573 S.W.2d 807, 813 (Tex.Crim.App. 1978), counsel has candidly discussed why, under the controlling authorities, there is no error in the trial court's judgment. Additionally, counsel has certified that he has provided appellant a copy of the Anders brief and motion to withdraw and appropriately advised appellant of her right to file a *pro se* response in this matter. Stafford v. State, 813 S.W.2d 503, 510 (Tex.Crim.App. 1991). The court has also advised appellant of her right to file a *pro se* response. Appellant has not filed a response.

By his Anders brief, counsel raises grounds that could arguably support an appeal. We have reviewed these grounds and made an independent review of the entire record to determine whether there are any arguable grounds which might support an appeal. See Penson v. Ohio, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988); Bledsoe v. State, 178 S.W.3d 824 (Tex.Crim.App. 2005). We have found no such ground and agree with counsel that the appeal is frivolous.

Accordingly, counsel's motion to withdraw is hereby granted and the trial court's judgment is affirmed.


Mackey K. Hancock
Justice


Do not publish.

2